**Robert THOMSON, Plaintiff-Appellant,**

v.

**LOS ANGELES COUNTY SHERIFFS DEPARTMENT, Defendant-Appellee.**

**No. 12-56236**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 07, 2016

Jonathan Birdt, Law Office of Jonathan W. Birdt, Porter Ranch, CA, for Plaintiff-Appellant.

Jennifer Ann Delgado Lehman, Alexandra Zuiderweg, Lana Choi, Los Angeles County Counsel, Los Angeles, CA, for Defendant-Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Robert Thomson appeals from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging a violation of his Second Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Peruta v. County of San Diego*, 824 F.3d 919, 925 (9th Cir. 2016) (en banc), and we affirm.

In *Peruta v. San Diego*, this court held that a member of the general public does not have a right under the Second Amendment to carry a concealed firearm in public, and that a state may impose restrictions, including a showing of good cause, on concealed carry. *Id.* at 939. The San Diego and Yolo County Sheriff's Department policies interpreting the California statutory good cause requirement at issue in *Peruta* therefore survived a Second Amendment challenge. *See id.* For the same reasons the Los Angeles County Sheriff's Department's policies interpreting the California statutory good cause requirement do not violate the Second Amendment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.